# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ALTURO JUAN PASCO, | : | |
| Plaintiff, | : | |
| vs. | : | 5:06-CV-141(CAR) |
| JAMES DONALD, DANNIE THOMPSON, TYDUS MEADOWS, and RHONDA GLENN, | : | |
| Defendants. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 41) to deny Plaintiff's Motion for Judgment (doc. 10). None of the parties filed an objection to the Magistrate Judge's Recommendation. Having carefully considered the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation (doc. 41) that Plaintiff's Motion for Judgment (doc. 10) be **DENIED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 27th day of March, 2007.

                                         **/s/ C. Ashley Royal**
                                         C. ASHLEY ROYAL, JUDGE
                                         UNITED STATES DISTRICT COURT

JAB/aeg