IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALTURO JUAN PASCO, | : | |
| Plaintiff, | : | Case No.: 5:06-CV-141 (CAR) |
| v. | : | |
| GEORGIA DEPARTMENT OF CORRECTIONS et al, | : | |
| Defendants. | : | |

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 6] that this Court should (1) dismiss Defendant Georgia Department of Corrections from this action and (2) dismiss, without prejudice, all claims against "Jane Doe," a physician's assistant, while preserving Plaintiff's right to file an amended complaint should he subsequently discover the name of this person. Plaintiff did not file any Objections to the Recommendation. After reviewing the Recommendation and the record, the Court agrees with the Magistrate Judge's Recommendation. Accordingly, the Court **ADOPTS** the Recommendation and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED,** this 25th day of June, 2007.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE